UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Police Retirement System of St. Louis,

        Plaintiff(s),                Case No.  14-11624

v.                                  Honorable  Nancy G. Edmunds

Mary T. Barra, et al.,             Magistrate Judge  David R. Grand

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No.   14-11277  . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Robert H. Cleland  and Magistrate Judge  Mona K. Majzoub  .

                                                  s/Nancy G. Edmunds
                                                  Nancy G. Edmunds
                                                  United States District Judge

                                                  s/Robert H. Cleland
                                                  Robert H. Cleland
                                                  United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type:  CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 6, 2014                          s/ S Schoenherr
                                                Deputy Clerk

cc:    Parties and/or counsel of record
         Honorable Robert H. Cleland